AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vincent Jay Wilson | ) | Case No.  H17-1046 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |



JUN 2 1 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 1, 2017 to June 21, 2017   in the county of   Harris   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1708 | Mail Theft |

This criminal complaint is based on these facts:
see attached Affidavit of U.S. Postal Inspector Benjamin Whitsitt

☑ Continued on the attached sheet.

_____
Complainant's signature

Benjamin Whitsitt  U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date:  6-21-17

_____
Judge's signature

City and state:   Houston Texas                           Nancy K. Johnson  U.S. Magistrate Judge
Printed name and title

## Affidavit in Support of
## Arrest Warrant

1. I, United States Postal Inspector Benjamin J. Whitsitt, have been employed by the U.S. Postal Inspection Service since 2017. I am currently assigned to the Mail Theft team in Houston, TX and have received specialized training in numerous Postal crimes, primarily those involving identity mail theft and bank fraud related offenses. I am familiar with how identity thieves use victims' information to open fraudulent credit card accounts and use these accounts to fraudulently withdraw the funds via ATM transactions.

2. The information set forth in this Affidavit is based upon Affiant's personal knowledge and/or information provided to Affiant by other law enforcement officers, fraud investigators, and other individuals the undersigned believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **Vincent Jay Wilson** has committed violations of federal law.

4. In June of 2017, Affiant was made aware of the identity fraud, credit card fraud and mail theft scheme involving several apartment complexes in Houston, Texas, including 9449 Briar Forest Drive Houston, Texas 77063 (Woodlake on the Bayou Apartment Complex). Affiant was contacted on June 7, 2017 by Huntsville Police Department detective Scott Mitchell in regards to Huntsville PD case number 17017534. Detective Mitchell stated that on April 15, 2017 subjects Meranda Lowe and Timothy Nelson were arrested for Fraudulent Use/Possession of Identifying Information. At the time of arrest subject Meranda Lowe was in possession of seven credit/debit cards and one Texas driver's license belonging to Anna Marie Kaylenn Smith. At the time of arrest Timothy Nelson was in possession of 16 credit/debit cards, a Texas Driver's License belonging to Paul Joseph Berryman and an Alabama Nondriver Identification belonging to James Eugene Arwood. The majority of the credit/debit cards and Id's that Lowe and Nelson were in possession of at the time of arrest were stolen from 9449 Briar Forest Drive Houston, Texas 77063.

5. Detective Mitchell notified me Meranda Lowe and Timothy Nelson provided him information in regards to subject **Vincent Jay Wilson** creating arrow keys and stealing mail from various zip codes in the Houston area. An arrow key is a key created for a specific zip code by the Postal Service and allows the mail carrier to access all panel mail boxes within a specific zip code.

6. On June 2, 2017 Detective Mitchell provided Meranda Lowe with a photograph of **Vincent Jay Wilson** and she identified him as the individual making the arrow keys and stealing the mail.

7. Affiant conducted an interview of Meranda Lowe on June 7, 2017. Lowe stated that she and her boyfriend Timothy John Nelson were living at 9714 Rapid River Lane in January of this year when **Vincent Jay Wilson** moved into the residence

with them. Lowe stated that **Wilson** showed her that he can make keys to for any mailbox in certain zip codes. The zip code that she was specifically able to remember was 77063. Lowe stated 77063 is the zip code **Wilson** steals mail from the most. In particular she stated he steals mail from 9449 Briar Forest Drive several times a week between the hours of 3-5 AM using the homemade arrow keys to open the mail box panel. Lowe stated that **Wilson** targets victim's personal identifying information in order to open credit cards and bank accounts. Lowe stated that she has never stolen the mail but has seen her boyfriend Timothy Nelson and **Vincent Jay Wilson** go out and steal mail. Lowe stated that Wilson knew she and Nelson were having financial trouble and he used that to his advantage to get Nelson to help him steal the mail and open accounts.

8. On June 6, 2017 Detective Mitchell provided Timothy Nelson a photo **Vincent Jay Wilson** and he confirmed that he was the individual making the arrow keys and stealing the mail.

9. On June 12, 2017 Affiant performed a search of Houston Police Department report database and discovered that on April 8, 2017 Houston Police Department Officer D Deljoui Number 157358 arrested **Vincent Jay Wilson** for Driving While License Suspended. At the time of Arrest **Wilson** gave Officer Deljoui consent to search his vehicle. Inside the center console Officer Deljoui found a Walmart debit card and a gift card issued to Roxana Guzman. Officer Deljoui also found several letters issued to different people under the cushion of the vehicle's back seat on the passenger side. A majority of the letters were coming from the apartment complex located at 9449 Briar Forest Drive Houston Texas. Officer Deljoui then asked **Wilson** who the mail belonged to and **Wilson** stated that Vanessa Hurtago was an estranged girlfriend and the other letters belonged to Mrs. Hurtago's friends. The recovered mail and credit cards were placed in the Houston Police Department property room by Officer Dejoui under report number 043751417.

10. On June 13, 2017 the stolen mail that was recovered from **Wilson** by Officer Dejoui was transferred to Affiant.

11. On June 14, 2017 Detective Mitchell and I interviewed Timothy Nelson. Nelson stated his involvement with **Wilson** began in December of 2016 when he and moved in the residence at 9714 Rapid River Lane to live with his girlfriend Meranda Lowe. Nelson stated that **Wilson** approached him about stealing mail and told him that he could make keys that will open any mail box in certain postal zip code. **Wilson** then showed Nelson these keys. Nelson stated **Wilson** would take flat piece of metal and use a Dremel tool to cut groves into the metal to make the master key. Nelson stated on one occasion he went with **Wilson** to steal the mail from 9449 Briar Forest Drive and after they left 9449 Briar Forest Drive **Wilson** showed him several other apartment complexes that he steals mail from. Nelson stated that he only went with **Wilson** one time to steal mail, due to fear of federal prosecution.

12. After stealing the mail Nelson stated that he and **Wilson** returned to the 9714 Rapid River residence, where **Wilson** entered the stolen mail victims' information into a database that he kept on a laptop. Nelson also stated that **Wilson** had

multiple boxes of stolen mail inside the residence. Nelson stated that the credit cards and ID's that were in the vehicle at the time of arrest were left there by **Wilson**. Nelson stated that the vehicle he was arrested in was purchased from **Wilson**. Nelson stated that he can only speak for the 16 credit/debit cards and two ID's that he were in the vehicle at the time of his arrest. Nelson stated that the cards that were in Meranda Lowes possession at the time of arrest he did not know where they came from.

13. A check of criminal history for **Vincent Jay Wilson** shows that on February 26, 1999 Wilson was sentenced in the Southern District of Texas and received 37 months in federal prison, with three years of supervised release, for violation of Title 18 USC 1708, possession of stolen mail; 1029 (A)(3) Unauthorized use of access device; 1704 possession of counterfeit arrow key.

14. Based on the forgoing information, Affiant has reason to believe and does believe that, on or about January 2017 to June 2017, Vincent Jay Wilson committed the offense of Mail Theft, 18 USC 1708.

Benjamin J. Whitsitt
United States Postal Inspector

Sworn and Subscribed to me this ___21st___ day of June, 2017, and I find probable cause.

Nancy K. Johnson
United States Magistrate Judge
Southern District of Texas